UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 9:18-cv-81449-ROSENBERG/REINHART**

DENISE STINNETT, *individually and on behalf of all others similarly situated*,

   Plaintiff,

v.

HOBBY FARMS, LLC, *a Colorado Limited Liability Company doing business as* A CUT ABOVE,

   Defendant.

_____/

**ORDER CLOSING CASE**

This cause is before the Court on Plaintiff's Notice of Dismissal Without Prejudice at docket entry 8. In light of the fact that this case has been dismissed, it is **ORDERED AND ADJUDGED**:

1. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED,** and all deadlines are **TERMINATED**.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 3rd day of December, 2018.

                                                      ROBIN L. ROSENBERG
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record